**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00452-CV

—————————————

**STEWART & STEWARTS DEVELOPMENT, INC., Appellant**

**V.**

**REUBEN WRIGHT, Appellee**

---

**On Appeal from 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-35465**

---

## MEMORANDUM OPINION

Appellant Stewart & Stewarts Development, Inc. failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On March 14, 2024, the Clerk of this Court notified Appellant that its appellate brief was past due, and its appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to

file its brief and a motion requesting an extension to file the brief within 10 days of our notice.  Appellant did not respond.  *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.